FILED

07/24/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0636

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0636

_____

BLUEBIRD PROPERTY RENTALS, LLC and
ALAINA GARCIA

      Plaintiffs and Appellees,

v.                                 O R D E R

WORLD BUSINESS LENDERS, LLC; WBL SPO I,
LLC; and WBL SPO II, LLC,

      Defendants and Appellants.

_____

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Andrew Breuner, District Judge.

                            For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 24 2024